BRYAN SCHRODER
Acting United States Attorney

ADAM ALEXANDER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: adam.alexander@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. |
|---|---|
| Plaintiff, | ) <u>COUNT 1</u>: |
| | ) CYBERSTALKING |
| vs. | )     Vio. of 18 U.S.C. § 2261A and |
| | ) 2261(b)(5) and (b)(6) |
| TYLER FREDERICK RIFLEY, | ) |
| Defendant. | ) |

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT 1

On or about April 3 through April 4, 2017, in the District of Alaska and elsewhere, the defendant TYLER FREDERICK RIFLEY, with the intent to harass or intimidate Person A, knowingly used any interactive computer

service or electronic communication service or electronic communication system of interstate commerce to engage in a course of conduct that caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress to Person A, in violation of a temporary or permanent civil or criminal injunction, restraining order, no-contact order, or other order described in section 2265 of title 18, United States Code.

All of which is in violation of 18 U.S.C. §§ 2261A(2)(B), 2261(b)(5) and 2261(b)(6).

A TRUE BILL.

<u>s/ Grand Jury Foreperson</u>
GRAND JURY FOREPERSON

<u>s/ Adam Alexander</u>
ADAM ALEXANDER
Assistant U.S. Attorney
United States of America

<u>s/ Frank Russo for</u>
BRYAN SCHRODER
Acting United States Attorney
United States of America

DATE: <u>  5-17-17  </u>